## TURNER v. WEAVER.

[89 South. 153. No. 22008.]

1. APPEAL AND ERROR. *Filing* of *appeal bond stops running of statute limiting time for appeal.*

The filing of an appeal bonds stops the running of the statute (section 3112, Code 1906 [section 2476, Hemingway's Code]) limiting the time within which appeals must be taken.

2. APPEAL AND ERROR. *Appeal will be dismissed when record not filed for more than a year after filing appeal bond.*

An appeal will be dismissed under section 4921, Code 1906 (section 3197, Hemingway's Code), when the record is not filed in the supreme court for more than a year after the filing of the appeal bond, and no excuse is given for the delay.

APPEAL from chancery court of George county.

HON. W. M. DENNY, JR., Chancellor.

Action between Arthur Turner, administrator of estate of Wiley W. Evans, deceased, and I. H. Weaver. Judg-

ment for the latter, and the former appeals. Motion to dismiss appeal sustained.

See, also, 87 So. 641.

*J. W. Backstrom,* for appellant.

*O. F. Moss,* for appellee.

SMITH, C. J., delivered the opinion of the court.

The decree appealed from was rendered on the 20th day of January, 1920, the appeal bond was filed and approved on the 8th day of March, 1920. Citation was served on April 28, 1921, and the record in the cause was filed in this court on the 14th day of May, 1921, more than thirteen months after the filing of the appeal bond.

The appeal is not barred by the statute of limitations for the reason that the bond was filed within the time allowed by law therefor, and the filing of an appeal bond stops the running of the statute of limitations. *Farrish* v. *Davis,* 86 So. 713. No excuse, however, is given for the delay of more than thirteen months in filing the record after the appeal bond was given; consequently under section 4921, Code of 1906 (Hemingway's Code, section 3197), the appeal must be dismissed. *Y. & M. V. R. R. Co.* v. *McGraw,* 118 Miss. 850, 80 So. 331.

*Motion sustained.*